IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ALBERT M. RUSSAW, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:07-CV-74 (CDL) |
| JOSEPH BADEN, Superintendent, | * | |
| Respondent. | * | |
| | * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 12, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 7th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE